RICHARD SCHLESINGER *v.* FREDERICK E. MILLER, JR.

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied by the court.

*Albert L. Coles,* in support of the petition.

*Edward J. Frattaroli,* assistant corporation counsel, in opposition.

Submitted January 6—decided January 25, 1978

EWART G. WALLS, JR., ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF AVON ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford County is granted by the court.

*Thomas P. Byrne,* in support of the petition.

*James I. Lotstein* and *John Rose, Jr.,* in opposition.

Submitted January 10—decided January 25, 1978

AIJA VAN PATTEN *v.* PHILIP S. VAN PATTEN

The defendant's motion for a review of the trial court's denial, dated December 7, 1977, of his motion for rectification of appeal from the Superior Court in New London County is granted and the relief sought therein is denied by the court.

*Donald O'Brien,* in support of the motion.

*Louis I. Parley,* in opposition.

Submitted January 10—decided January 25, 1978